IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **LYNDSAY WADE MOORE**<br>*Individually and as Administrator of the Estate of Donald Brocston Moore,* **and**<br>**JOSE TERESO RODRIGUEZ,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SUDENGA INDUSTRIES INC,**<br><br>**Defendant.** | : | **CASE NO:**<br>**7:26-cv-208–WLS** |

# ORDER

By Initial Discovery Order Rules 16 and 26 Order (Doc. 7) entered July 20, 2026, this matter was set for an initial discovery conference to take place on Tuesday, September 22, 2026. On September 16, 2026, Plaintiffs filed a Motion for Leave To File Amended Complaint Pursuant to 28 U.S.C. § 1447(e), as amended (Docs. 11, 12) ("Motion for Leave"), in which they seek to add Southern AgCom, Inc., a Georgia corporation, as an additional defendant. According to Plaintiffs, if their Motion for Leave is granted, the addition of Southern AgCom, Inc. will result in this Court no longer having subject matter jurisdiction due to the lack of complete diversity among the parties. Therefore, Plaintiffs also suggest that this matter should be remanded to Cook County Superior Court. The time for Defendant to respond to the Motion for Leave will not expire prior to the date set for the initial discovery conference.

Accordingly, it is hereby **ORDERED** that the September 22, 2026 initial discovery conference is **CANCELLED** and, if necessary, will be reset by separate order of the Court after resolution of the Motion for Leave. The Parties are relieved of the necessity of filing a proposed scheduling/discovery order pending further Order of this Court.

**SO ORDERED**, this 21st day of September 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**