**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LYNDSAY WADE MOORE, Individually and as Administrator of the Estate of Donald Brocston Moore and JOSE TERESO RODRIGUEZ,** | : | |
| | : | **CIVIL ACTION NO. 7:26-cv-00208-WLS** |
| **Plaintiffs,** | : | |
| **VS.** | : | |
| **SUDENGA INDUSTRIES, INC., Defendant.** | : | |

# CONSENT ORDER ALLOWING AMENDED COMPLAINT, ADDITION OF ANOTHER DEFENDANT AND REMAND TO COOK SUPERIOR COURT

**IT APPEARING** that Defendant has disclosed that another entity Southern AgCom, Inc. actually assembled parts of the product at issue; and

**IT APPEARING** that Plaintiffs filed a motion to amend its Complaint and to add Southern AgCom, Inc. as a party defendant; and

**IT APPEARING** that Southern AgCom, Inc. is a Georgia corporation and that its addition as a party defendant will result in a lack of complete diversity such that this Court would not have diversity jurisdiction; and

**IT APPEARING** that the addition of Southern AgCom, Inc. will result in the case being remanded to Cook Superior Court; and

The parties, having agreed on the terms and conditions of this proposed order;

The Court, having reviewed and approved the agreement, hereby adopts it as the order of the Court on the following terms and conditions:

1.

The Court hereby allows the amendment to the complaint and the addition of Southern AgCom, Inc.

2.

As a result of the addition of Southern AgCom, Inc., a Georgia corporation, there is no longer complete diversity of jurisdiction. Accordingly, **THE COURT HEREBY ORDERS** that this case be remanded to the Superior Court of Cook County.

**SO ORDERED** this 28th day of September, 2026.

W. Louis Sands

W. LOUIS SANDS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Consented to by:

*/s/ John C. Spurlin*
John C. Spurlin
Attorney for Plaintiffs

*/s/ J. Shane Hudson*
J. Shane Hudson
Attorney for Plaintiffs

Melanie S. Taylor
Attorney for Defendant