IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LYNDSAY WADE MOORE, et al., *

Plaintiffs, *

v. Case No. 7:26-cv-208 (WLS)

*

SUDENGA INDUSTRIES, INC.,

*

Defendant.

*

**J U D G M E N T**

Pursuant to this Court's Order dated September 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Cook County, Georgia.

This 29th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk